AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>DERRICK CHANDLER LUCERO<br><br>*Defendant(s)* | )<br>)<br>) Case No. MJ-25-70-BLG-TJC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __JULY 23, 2025__ in the county of __Yellowstone__ in the _____ District of __Montana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Methamphetamine (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |

This criminal complaint is based on the facts set forth in the attached affidavit. The offense is described as follows:

See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO Matthew Henderson
*Printed name and title*

Sworn to before me and:   ☑ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: 7-24-25

_____
Judge's signature

City and state: Billings, MT

Timothy J. Cavan, U.S. Magistrate
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew D. Henderson, Task Force Officer, United States Department of Justice, Federal Bureau of Investigation (FBI), being duly sworn, state:

## I. INTRODUCTION

1. I am a Border Patrol Agent-Intelligence with the United States Border Patrol (USBP) Havre Sector Intelligence Unit and assigned to the FBI Big Sky Transnational Organized Crime-West Task Force for the Billings, Montana Resident Agency. I am a Border Patrol Agent, entering on duty in 2010 and passing the U.S Border Patrol Academy. I was initially assigned to work at the Yuma Border Patrol Station in Yuma, Arizona, where I remained for six years. ere I conducted routine uniformed patrol responsibilities and investigated drug and human smugglers. In March 2015, I was selected to work at the Yuma Sector Intelligence Unit as a Border Patrol Agent-Intelligence. From March 2015 through September of 2016, I was assigned to the Yuma County Narcotics Task Force as a drug investigator. During that time, I conducted dozens of drug trafficking investigations. In that capacity, I have taken part in cooperating witness interviews, cooperating defendant interviews, and debriefs with confidential human sources. November 2016 to October 2018, I was selected by the Havre

1

Sector Intelligence Unit in Havre, MT and assigned to the FBI Joint Terrorism Task Force in Billings, MT where I assisted FBI Special Agents with a variety of complex federal investigations, including drug trafficking, alleged terrorism, human trafficking, and financial crimes. In October 2018, I began working with the FBI Big Sky West Transnational Organized Crime Task Force (BSTOCWTF) focusing on investigating complex Drug Trafficking Organizations (DTOs). In 2023 the BSTOCWTF changed its designation to the Beartooth Safe Streets Task Force, which is a FBI initiative designed to investigate criminal street organizations, DTOs, violent gangs and weapon offenses. The information contained in this affidavit is based on my own observations, training and experience and information provided to me by other task force members or other law enforcement officers.

2. Throughout my career, I have discussed with numerous law enforcement officers, cooperating defendants, and informants, the methods and practices used by gang members and narcotics distributors, and I am familiar with their typical methods of operation, including, the manufacturing, distribution, storage and transportation of narcotics, and the collection of money which represents the proceeds of narcotics trafficking and money laundering.

## II. DESCRIPTION

3.  This Affidavit is submitted in support of a Criminal Complaint issued for DERRICK CHANDLER LUCERO with Conspiracy to Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 846. The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by my own observations and experience as an FBI Task Force Officer, and the observation and experiences of other fellow law enforcement officers participating in the investigation. This Affidavit does not purport to contain all facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense.

## III. PROBABLE CAUSE

4.  On July 22, 2025, Your Affiant was made aware that investigators with the Omaha Police Department (OPD) and DEA in Omaha, Nebraska had intercepted a drug courier at the bus station who had stated that he was traveling from California and going to Montana. Herein, this individual will be referred to as "THE COURIER." During a consensual encounter, OPD developed suspicion to detain THE COURIER and his luggage. OPD deployed a drug detection K9 on the luggage, receiving a positive indication of the presence of narcotics odors. THE

3

COURIER was Mirandized, at which time THE COURIER admitted to having 35 pounds of meth in the bags and could help them deliver it to Billings, MT. DEA Omaha obtained the proper documentation to initiate a controlled delivery in Billings. Due to manpower issues, DEA Billings requested the assistance of the Eastern Montana High Intensity Drug Trafficking Area Task Force (EMHIDTA) and Your Affiant. THE COURIER, his suitcase and backpack containing a total of 35 individual bundles of meth were transported from Omaha, NE to South Dakota, and to Billings, MT by sworn law enforcement personnel.

5. THE COURIER had explained to the agents that he would not know where to meet the buyer until he was nearly in Billings. THE COURIER said he has made this trip at least 4-5 times since 2024 and has met several people for the handoff of drugs. THE COURIER is never provided with names but has met one individual on multiple occasions.

6. Once in Billings, Your Affiant and other agents removed 34 bundles of meth from the suitcase and replaced it with 34 bundles of white ice melt that was wrapped in the same manner as the original meth bundles. One actual bundle of suspected methamphetamine, weighing approximately one pound and labeled 22, was placed back into the suitcase.

7. The controlled delivery occurred in the early morning hours of July 23, 2025. Your Affiant and another HIDTA Detective met with THE COURIER in

4

Billings and discussed the plan for the delivery. THE COURIER had been in contact with his handlers in Mexico throughout the trip. THE COURIER received instructions to contact phone number 928-296-9441 to determine a location to make the exchange. THE COURIER, under the direction of EMHIDTA agents, contacted the number and at approximately 12:02 AM, received a messaged from the "928 number" to meet at the TA Truck Stop in Laurel. THE COURIER confirmed that he contacted the "928 number" to his Mexican based handler. The handler told him that he needed to collect $12,500 dollars and needed to count it. The arrest teams comprised of multiple agencies and equipped with overhead drone surveillance deployed to the TA Truck Stop and began surveilling the parking lot.

8. THE COURIER was instructed by Your Affiant to text the "928 number" and ask for a vehicle description. THE COURIER received the response, "I'm in a green and tan Ford Expedition." This information was provided to the arrest teams. The arrest team confirmed that they had visual of a green and tan Ford Expedition parked facing south in the lot.

9. THE COURIER was affixed with an audio recording device and was driven to the truck stop by Your Affiant and a Detective. THE COURIER took the suitcase containing 1 lb of meth and 34 one-pound faux bundles of meth and walked directly to the green Expedition. THE COURIER opened the rear

5

passenger door and placed the suitcase inside. A male, later identified as DERRICK CHANDLER LUCERO threw a stack of 100-dollar bills in the rear seat toward THE COURIER. THE COURIER took the money, closed the rear door and gave a thumbs up to LUCERO, indicating to the arrest teams that the transaction was complete.

10. THE COURIER returned immediately to Your Affiant's vehicle and provided a stack of 100-dollar bills, later determined to be $12,500 in U.S. currency. Simultaneously the arrest teams converged on the green and tan expedition and arrested DERRICK CHANDLER LUCERO. LUCERO was found in possession of another $962 in U.S currency.

11. LUCERO was arrested and transported to Yellowstone County Detention Facility. A Montana search warrant was obtained for LUCERO's vehicle and EMHIDTA agents seized multiple cellular devices and THE COURIER's suitcase with bundles of white crystalline substance.

### IV.   CONCLUSION

12. Based upon my training, experience, and totality of the evidence noted herein, Your Affiant believes probable cause exists that DERRICK CHANDLER LUCERO committed the crime of conspiracy to possess with the intent to distribute methamphetamine– a Schedule II controlled substance – in violation of

6

Title 21, United States Code, Section 846, in the State and District of Montana on July 23, 2025.

13. I swear that the facts presented herein are true and accurate to the best of my knowledge.

*[Signature]*

Matthew Henderson
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on the 24 day of July, 2025

*[Signature]*

Honorable Timothy J. Cavan
United States Magistrate Judge
District of Montana